IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States Fire Insurance Co, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:15cv46 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Waterfront Associates, Inc, et al., | : |
| Defendant(s) | : |

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 8, 2016 a Report and Recommendation (Doc. 48). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 49) and plaintiff filed a response to the objections (Doc. 51).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, C&B's motion to compel arbitration and to dismiss the case (Doc. 41) is DENIED.

    IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Judge Susan J. Dlott
                                                      United States District Court